IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

       Plaintiff,

-vs-                  Criminal Action No.
                      4:20-CR-00266-DGK-1

Earl B. Penn,

       Defendant.

_____

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Brandon Gibson
  Case Agent:
  Defense: Lesley Smith

**OUTSTANDING MOTIONS**: None presently.

**TRIAL WITNESSES**:
  Government: 4 with stipulations; 5 without stipulations
  Defendants: 5 witnesses, including the defendant who may testify.

**TRIAL EXHIBITS:**
  Government: 5 exhibits
  Defendant: 5 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME:** **2 days**
  Government's case including jury selection: 1 day

Defense case: 1 day

**STIPULATIONS**: Possibly 1 stipulation from the Government.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: April 19, 2021
Defense: April 19, 2021
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:   Noon, Wednesday,** 4/28/2021
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** April 19, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing 5/3/2021
**Please note:**.
Government counsel may also be trying U.S. v. Shields, 4:20-cr-010-HFS-1.   The trial, if it occurs, is expected to last two days.
Defense counsel may also be trying U.S. v. Lunceford, 4:20-cr-233-RK-1, though a plea in that case is likely.
Defense counsel is expecting to try U.S. v Madden, 4:20-cr-121-BCW-1, and the parties have or will be requesting a setting during the second week of the trial docket due to a scheduling conflict for Government counsel in that case.

No interpreter or assistive devices needed.

**IT IS SO ORDERED.**

 /s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge

Kansas City, Missouri
4/7/2021