IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

              Plaintiff,

-vs-                                                                Criminal Action No.
                                                                              4:20-CR-00266-DGK-1

EARL B. PENN,

              Defendant.

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Brandon E. Gibson
        Case Agent: Special Agent Timothy Phipps
        Defense:     Lesley D. Smith

**OUTSTANDING MOTIONS**:   None presently

**ANTICIPATED MOTIONS**:   Motions in Limine

**TRIAL WITNESSES**:
        Government:    5 with stipulations; 11 without stipulations
        Defense:        11 witnesses, including Defendant who  (  ) will
                                                                                   ( X ) may
                                                                                   (  ) will not testify

**TRIAL EXHIBITS**:
        Government:    40 exhibits
        Defense:        20-30 exhibits which are expected to be duplicative

**DEFENSES**:
        ( X )    defense of general denial
        (  )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        ( X ) Definitely for trial                  (  ) Possibly for trial
        (  ) Motion to continue to be filed      (  ) Likely a plea will be worked out

**TRIAL TIME**: __2 – 2½__ days
    Government's case including jury selection: 1½ - 2 days
    Defense case:    ½ day

**STIPULATIONS**:
    ( ) not likely
    ( ) not appropriate
    ( X ) possibly as to:
        ( X ) chain of custody
        ( ) chemist's reports
        ( X ) prior felony conviction
        ( X ) interstate nexus of firearm
        ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: December 27, 2021
Defense: December 27, 2021
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   Monday, December 27, 2021
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: December 27, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing January 10, 2022
    **Please note**: Defense Counsel has a sentencing set before Judge Sachs on January 13, 2022 at 9:30 AM in case 4:20-cr-00222-HFS-1; a sentencing before Judge Fenner on January 19, 2022 at 11:00 AM in case 4:19-cr-00326-GAF-1, and a final revocation hearing before Judge Fenner also on January 19, 2022 at 1:30 PM in case 4:17-cr-00051-GAF-1.

**OTHER**:
    ( ) A _____-speaking interpreter is required.
    ( ) Other assistive devices: _____

**IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge